ORIGINAL

FILED
OCT - 3 2007
U.S. COURT OF FEDERAL CLAIMS

# In the United States Court of Federal Claims
## Bid Protest

| | | |
|---|---|---|
| PRECISION IMAGES, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08- C 07-712 C |
| | ) | Judge |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## POST-AWARD PROCUREMENT PROTEST COMPLAINT

Plaintiff Precision Images, LLC, 10741-B Endeavour Way, Largo, Florida 33777-1624 (Precision Images), a Florida corporation, a small business, and a technology aggregator and distributor of ultrasonic testing equipment, as and for its Post-Award Procurement Protest Complaint against the Defendant, the United States, alleges as follows:

### INTRODUCTION

1. This is a Post-Award Procurement Protest, a Civil Action alleging clear and prejudicial violations of Statute and Regulation in connection with a Federal Agency

Acquisition, Solicitation Number FA8533-07-R-11523, a Solicitation for Competitive Proposals which promises an Award, an Indefinite-Delivery Requirements-type Contract for a base period of one year from date of Contract Award with four one-year option periods, a Federal Agency Acquisition over which this Court has jurisdiction under 28 U.S.C. § 1491(a)(1) and 28 U.S.C. § 1491(b)(1).

The Solicitation is issued by the Department of the Air Force, Air Force Materiel Command, Warner Robins Air Logistics Center to satisfy Department of Defense inventory requirements for commercial off-the-shelf lightweight, handheld microprocessor-based ultrasonic flaw detectors and thickness testing instruments. Up to seven hundred ultrasonic flaw detectors may be ordered at firm fixed-prices over the Contract term. Testing and approval of a Pre-Production unit is required.

This Civil Action is brought to obtain a Declaration that the Award of the Contract Number FA8533-07-D-0011 in the estimated amount of $3,867,120 to GE Inspection Technologies Limited Partnership, 50 Industrial Park Road, Lewistown, Pennsylvania 17044-9312 (GE Inspection Technologies), the Contract proposed by Solicitation Number FA8533-07-R-11523, lacks a rational basis and is unreasonable or irrational, and thus arbitrary and capricious because:

(1) the Award was made utilizing a Performance/Price Tradeoff source selection procedure in violation of 41 U.S.C. § 405(j)(2) since the past performance of Precision Images, an Offeror with respect to whom there was no information on past contract performance, was evaluated unfavorably when Precision Images' offered price was traded-off against the substantially higher price of GE Inspection Technologies for an item of lesser quality; and

(2) the Award was made utilizing a Performance/Price Tradeoff source selection procedure in violation of Federal Acquisition Regulation 15.305(a)(2)(iv) since the past performance of Precision Images, an Offeror without a record of relevant past performance, was evaluated unfavorably when Precision Images' offered price was traded-off against the substantially higher price of GE Inspection Technologies for an item of lesser quality.

This Civil Action seeks further a Permanent Injunction ordering:

(a) that the Contract awarded to GE Inspection Technologies be terminated; and

(b) that a new Source Selection be made on the existing Competitive Proposals, save that this new Source Selection is to be made in compliance with 41 U.S.C. § 405(j)(2) and in compliance with Federal Acquisition Regulation 15.305(a)(2)(iv).

As well, this Civil Action seeks money damages and equitable relief for Defendant's breach of the implied-in-fact Contract to consider Precision Images' Competitive Proposal fairly, honestly, and in good faith.

NATURE OF THE ACTION

2. Precision Images here challenges the Award to GE Inspection Technologies on September 26th, 2007 of Contract Number FA8533-07-D-0011, the Contract proposed by Solicitation Number FA8533-07-R-11523. This Award was made on the basis of a Performance/Price Tradeoff selection procedure to determine the supposed best overall value. But this supposed best overall value was decided on an unfavorable evaluation of Precision Images' past performance and this unfavorable evaluation of Precision Images' past performance resulted only because Precision Images lacks past performance information that is "relevant" just as this term is narrowly defined in Solicitation Number FA8533-07-R-11523. As such, this unfavorable eval-

uation of Precision Images' past performance and the resulting best overall value determination is made in violation of procurement Statute and Regulation.

Precision Images seeks a Declaration that the Award lacks a rational basis and is arbitrary and capricious in violation of applicable procurement Statute and Regulation.

Precision Images seeks a Permanent Injunction ordering that the Contract awarded to GE Inspection Technologies be terminated.

Precision Images seeks also a Permanent Injunction ordering that that a new Source Selection be made on the existing Competitive Proposals, save that this new Source Selection is to be made in compliance with 41 U.S.C. § 405(j)(2) and in compliance with Federal Acquisition Regulation 15.305(a)(2)(iv).

3. Precision Images seeks a proper review of this Acquisition on the contemporaneous record, 5 U.S.C. § 706(2)(A), and meaningful relief for clear and prejudicial procurement process errors and clear errors of judgment.

Such a review will demonstrate that this Award violates 41 U.S.C. § 405(j)(2) because it is made on an unfavorable evaluation of the past performance of an Offeror with respect to whom there was no information on past contract performance;

and that this Award violates Federal Acquisition Regulation 15.305(a)(2)(iv) because the past performance of an Offeror without a record of relevant past performance was evaluated unfavorably.

This Award lacks also a rational basis because this Award for a commercial off-the-shelf ultrasonic flaw detector was made at a substantially higher price for an item of lesser quality, an item of lesser quality whose substantial price premium was unlawfully justified based only on an absence of "relevant" past performance where this "relevant" past performance was narrowly defined in the Solicitation only as the manufacture of microprocessor-based inspection equipment.

There is no reasoned judgment that can support this Award at a substantial price premium for a commercial off-the-shelf ultrasonic flaw detector of lesser quality. The Department of the Air Force and its Air Force Materiel Command have thus breached the implied-in-fact Contract to treat Precision Images' Competitive Proposal fairly.

4. Precision Images, a responsible contractor, a small business, a technological aggregator, a distributor of ultrasonic testing equipment, and an actual Offeror whose revised Competitive Proposal is in the competitive range and in a position to

receive Award of the proposed Contract, is an appropriate "interested party" under 28 U.S.C. § 1491(b)(1), and Precision Images has a direct economic interest in the outcome of this Post-Award Procurement Protest. *Impreza Construzioni Geom. Domenico Garufi v. United States*, 238 F.3d 1324, 1334 (Fed. Cir. 2001).

Precision Images is a proper party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(2)(B)(ii), i.e., Precision Images is a private party and a corporation which at the time this Post-Award Procurement Protest is filed has not more than 500 employees and whose net worth does not exceed $7,000,000.

This Post-Award Procurement Protest is timely filed. Precision Images received on September 27th, 2007 written notice of this Award to GE Inspection Technologies. That same day Precision Images received a written Debriefing provided in accordance with 10 U.S.C. § 2305(b)(5)(A). This Post-Award Procurement Protest is filed just six calendar days after that written Debriefing.

The Department of the Air Force is a Military Department within the Department of Defense, 10 U.S.C. § 101(a)(8); the Department of Defense is an Executive Department of the United States, 5 U.S.C. § 101; and the Department of the Air Force and its Air Force Materiel Command are instrumentalities of the United

States. The Department of the Air Force and its Air Force Materiel Command is an "agency" just as that term is defined in 28 U.S.C. § 451, and thus the Department of the Air Force and its Air Force Materiel Command is also a "Federal agency" as is required by 28 U.S.C. § 1491(b)(1). *Bell BCI Company v. United States*, 56 Fed. Cl. 465, 469-70 (2003).

The Department of the Air Force and its Air Force Materiel Command's violations of procurement Statute and Regulation have had a direct and prejudicial effect on Precision Images. Precision Images has been denied a proper evaluation of its Competitive Proposal, and Precision Images has not received a reasoned judgment which can lawfully support the Award to GE Inspection Technologies.

As a result of the Department of the Air Force and the Air Force Materiel Command's breach of the implied-in-fact Contract of good faith, fair dealing, and honest consideration, Precision Images is wasting proposal preparation costs. Ultimately, Precision Images is being unfairly denied the opportunity to compete for the Award of the Contract proposed by Solicitation Number FA8533-07-R-11523.

## FACTUAL ALLEGATIONS

### SOLICITATION NUMBER FA8533-07-R-11523

5. Solicitation Number FA8533-07-R-11523 was issued on April 20th, 2007. This Acquisition seeks Competitive Proposals on Department of Defense inventory requirements for commercial off-the-shelf lightweight, handheld microprocessor-based ultrasonic flaw detectors and thickness testing instruments. The Solicitation proposes an Indefinite-Delivery Requirements-type Contract for a base period of one year with four one-year option periods. Up to seven hundred ultrasonic flaw detectors may be ordered at firm fixed-prices over the Contract term. Testing and approval of a Pre-Production unit is required.

The Solicitation incorporates a Product Description that sets out some few performance criteria for the required commercial off-the-shelf ultrasonic flaw detectors. The Product Description requires also that these commercial off-the-shelf ultrasonic flaw detectors be delivered with Technical Operation and Maintenance Manuals and with listings of available accessories, warranty information, and points of contact for service and support.

6. Offerors are required to submit their Competitive Proposals in two separate volumes: a completed and signed Price Proposal together with a cover letter setting out any exceptions taken, and a Past and Present Performance Proposal.

7. Award is to be made utilizing a Performance/Price Tradeoff source selection procedure with performance being considered significantly more important than price. The only past performance deemed "relevant" by the Solicitation for the Performance/Price Tradeoff is the manufacture of microprocessor-based inspection equipment. Offeror's past performances can be rated as "High Confidence" or as "Significant Confidence" or as "Satisfactory Confidence" or as "Unknown Confidence" or as "Little Confidence" or as "No Confidence."

The Solicitation explicitly provides for the "Unknown Confidence" rating when an Offeror has no identifiable "relevant" performance record. The "Unknown Confidence" rating provided by the Solicitation is there described as implementing the requirement of Federal Acquisition Regulation 15.305(a)(2)(iv).

8. The due date for initial Competitive Proposals was initially set for May 21st, 2007. Amendment 0001 issued on May 18th, 2007 extended the due date indefinitely.

Amendment 0002 issued on May 21st, 2007 changed the due date for initial Competitive Proposals to May 24th, 2007.

9. Three initial Competitive Proposals were received on May 24th, 2007. On July 13th, 2007 the pulse width requirement of the Purchase Description issued with the Solicitation on April 20th, 2007 was revised to reduce the pulse width requirement from 30 nanoseconds minimum to 1000 nanoseconds maximum to a pulse width requirement from 50 nanoseconds minimum to 1000 nanoseconds maximum. On information and belief this change in pulse width requirements was made to accommodate the lesser quality of the Krautkramer ultrasonic flaw detector offered by GE Inspection Services.

PRECISION IMAGES' PROPOSAL

10. Precision Images has offered a commercial off-the-shelf ultrasonic flaw detector manufactured by STARMANS electronics, s.r.o. ("Spolecnost S Rucenim Omezenim," or Czech limited liability company) in the Czech Republic. The Czech Republic is a World Trade Organization Government Procurement Agreement signatory. STARMANS electronics, s.r.o. is an established manufacturer and worldwide distributor of electronics products. The price proposed by Precision Images is signi-

ficantly less than the price proposed by GE Inspection Services for the Krautkramer commercial off-the-shelf ultrasonic flaw detector offered by GE Inspection Services. The Krautkramer commercial off-the-shelf ultrasonic flaw detector offered by GE Inspection Services is of lesser quality (as reflected in the original Product Description) than the STARMANS electronics, s.r.o. commercial off-the-shelf ultrasonic flaw detector offered by Precision Images.

CONTRACT AWARD

11. On September 27th, 2007 Precision Images was notified that the Contract proposed by Solicitation Number FA8533-07-R-11523 has been awarded to GE Inspection Services, this under Contract Number FA8533-07-D-0011. Pre-Production Unit test procedures are to be submitted by GE Inspection Services within thirty days.

THE DEBRIEFING

12. Precision Images received a written Debriefing on September 27th, 2007. Under the terms of the Solicitation Precision Images should have received a rating of "Unknown Confidence." In fact, Precision Images received a rating of "Little Confidence." Contrary to the terms of the Solicitation and to 41 U.S.C. § 405(j)(2) and to Federal Acquisition Regulation 15.305(a)(2)(iv) Precision Images' offered price was traded-

off against the substantially higher price of GE Inspection Technologies for an item of lesser quality.

FIRST CLAIM FOR RELIEF

13. Precision Images herewith incorporates and re-alleges paragraphs numbers 1. through 12. hereinabove as if fully set forth herein.

14. The Award to GE Inspection Technologies was made utilizing a Performance/Price Tradeoff source selection procedure which violated 41 U.S.C. § 405(j)(2) since the past performance of Precision Images, an Offeror with respect to whom there was no information on past contract performance, was evaluated unfavorably when Precision Images' offered price was traded-off against the substantially higher price of GE Inspection Technologies for an item of lesser quality.

SECOND CLAIM FOR RELIEF

15. Precision Images herewith incorporates and re-alleges paragraphs numbers 1. through 12. hereinabove as if fully set forth herein.

16. The Award to GE Inspection Technologies was made utilizing a Performance/Price Tradeoff source selection procedure which violated Federal Acquisition Regulation 15.305(a)(2)(iv) because the past performance of Precision Images, an

Offeror without a record of relevant past performance, was evaluated unfavorably when Precision Images' offered price was traded-off against the substantially higher price of GE Inspection Technologies for an item of lesser quality.

THIRD CLAIM FOR RELIEF

17. Precision Images herewith incorporates and re-alleges paragraphs numbers 1. through 12. hereinabove as if fully set forth herein.

18. The Department of the Air Force and its Air Force Materiel Command have breached the implied-in-fact Contract of good faith, fair dealing, and honest consideration that the Department of the Air Force and its Air Force Materiel Command entered into with Precision Images when the Competition under Solicitation Number FA8533-07-R-11523 commenced.

PRAYER FOR RELIEF

WHEREFORE, premises considered, Precision Images respectfully requests the Court to grant Judgment for Precision Images in this Civil Action, and to Order the following relief:

1. a Declaration that the Award to GE Inspection Technologies of Contract Number FA8533-07-D-0011, the Contract proposed by Solicitation Number FA85-

33-07-R-11523 lacks a rational basis and is unreasonable or irrational, and thus arbitrary and capricious; and

2. a Permanent Injunction ordering: (a) that the Contract awarded to GE Inspection Technologies be terminated; and (b) that a new Source Selection be made on the existing Competitive Proposals, save that this new Source Selection is to be made in compliance with 41 U.S.C. § 405(j)(2) and in compliance with Federal Acquisition Regulation 15.305(a)(2)(iv); and

3. a Declaration that Precision Images is entitled to equitable relief, and money damages, for the Department of the Air Force and its Air Force Materiel Command's breach of the implied-in-fact Contract of good faith, fair dealing, and honest consideration that the Department of the Air Force and its Air Force Materiel Command entered into with Precision Images when the Competition under Solicitation Number FA8533-07-R-11523 commenced; and

4. such further and other relief as the Court may deem just and proper.

Respectfully submitted,

Cyrus E. Phillips, IV

District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

October 3rd, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Precision Images, LLC.