ORIGINAL

FILED
OCT = 3 2007
U.S. COURT OF
FEDERAL CLAIMS

# In the United States Court of Federal Claims
## Bid Protest

| | | |
|---|---|---|
| PRECISION IMAGES, LLC | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08- C 07-712 C |
| | ) | Judge |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1 Plaintiff Precision Images, LLC hereby discloses that it is a closely-held Florida corporation whose stock is not publicly traded, that it has no parent corporation, and that there is no publicly-held corporation that owns ten percent or more of Plaintiff's stock.

Respectfully submitted,

Cyrus E. Phillips, IV

District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

October 3rd, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

| | |
|---|---|
| Telephone: | (202) 466-7008 |
| Facsimile: | (202) 466-7009 |
| Electronic Mail: | lawyer@procurement-lawyer.com |

Attorney of record for Plaintiff,
Precision Images, LLC.