ORIGINAL

FILED
OCT - 3 2007
U.S. COURT OF FEDERAL CLAIMS

# In the United States Court of Federal Claims
## Bid Protest

| | | |
|---|---|---|
| PRECISION IMAGES, LLC | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08- C 07-712 C |
| THE UNITED STATES, | ) | Judge |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to RCFC 65(a)(1), Precision Images, LLC (Precision Images), a Florida corporation, a small business, a technology aggregator and distributor of ultrasonic testing equipment, and the Plaintiff herein, hereby Moves for a Preliminary Injunction precluding Defendant and, more particularly, the Department of the Air Force and its Air Force Materiel Command, Warner Robins Air Logistics Center, Warner Robins, Georgia from proceeding with Contract Number FA8533-07-D-0011, the Contract that is proposed by Solicitation Number FA8533-07-D-11523 and that has been awarded to GE Inspection Technologies Limited Partnership, 50 In-

dustrial Park Road, Lewistown, Pennsylvania 17044-9312 (GE Inspection Technologies).

In support of this Motion for a Preliminary Injunction, Precision Images shows to the Court:

A. The Solicitation is issued to satisfy Department of Defense inventory requirements for commercial off-the-shelf lightweight, handheld microprocessor-based ultrasonic flaw detectors and thickness testing instruments. Up to seven hundred ultrasonic flaw detectors may be ordered at firm fixed-prices over the Contract term. Testing and approval of a Pre-Production unit is required. There is no incumbent Contractor.

On September 27th, 2007, just six calendar days ago, Precision Images was notified that the Contract proposed by Solicitation Number FA8533-07-R-11523 has been awarded to GE Inspection Services, this under Contract Number FA8533-07-D-0011. Pre-Production Unit test procedures are to be submitted by GE Inspection Services within thirty days.

B. The Award to GE Inspection Technologies on September 26th, 2007 of Contract Number FA8533-07-D-0011, the Contract proposed by Solicitation Number

FA8533-07-R-11523, is made on the basis of a Performance/Price Tradeoff selection procedure to determine the supposed best overall value. But this supposed best overall value is decided on an unfavorable evaluation of Precision Images' past performance and this unfavorable evaluation of Precision Images' past performance results only because Precision Images lacks past performance information that is "relevant" just as this term is narrowly defined in Solicitation Number FA8533-07-R-11523.

C. The Award is made utilizing a Performance/Price Tradeoff source selection procedure in violation of 41 U.S.C. § 405(j)(2) since the past performance of Precision Images, an Offeror with respect to whom there was no information on past contract performance, is evaluated unfavorably when Precision Images' offered price is traded-off against the substantially higher price of GE Inspection Technologies for an item of lesser quality. The Award is made utilizing a Performance/Price Tradeoff source selection procedure in violation of Federal Acquisition Regulation 15.305-(a)(2)(iv) since the past performance of Precision Images, an Offeror without a record of relevant past performance, is evaluated unfavorably when Precision Images' offered price is traded-off against the substantially higher price of GE Inspection Technologies for an item of lesser quality.

D. This Award lacks also a rational basis because this Award for a commercial off-the-shelf ultrasonic flaw detector is made at a substantially higher price for an item of lesser quality, an item of lesser quality whose substantial price premium is unlawfully justified based only on an absence of "relevant" past performance where this "relevant" past performance is narrowly defined in the Solicitation only as the manufacture of microprocessor-based inspection equipment.

E. Solicitation Number FA8533-07-R-11523 was issued on April 20th, 2007. This Acquisition seeks Competitive Proposals on Department of Defense inventory requirements for commercial off-the-shelf lightweight, handheld microprocessor-based ultrasonic flaw detectors and thickness testing instruments. The Solicitation proposes an Indefinite-Delivery Requirements-type Contract for a base period of one year with four one-year option periods. Up to seven hundred ultrasonic flaw detectors may be ordered at firm fixed-prices over the Contract term. Testing and approval of a Pre-Production unit is required.

The Solicitation incorporates a Product Description that sets out some few performance criteria for the required commercial off-the-shelf ultrasonic flaw detectors. The Product Description requires also that these commercial off-the-shelf ul-

trasonic flaw detectors be delivered with Technical Operation and Maintenance Manuals and with listings of available accessories, warranty information, and points of contact for service and support.

F. Award is to be made utilizing a Performance/Price Tradeoff source selection procedure with performance being considered significantly more important than price. The only past performance deemed "relevant" by the Solicitation for the Performance/Price Tradeoff is the manufacture of microprocessor-based inspection equipment. Offeror's past performances can be rated as "High Confidence" or as "Significant Confidence" or as "Satisfactory Confidence" or as "Unknown Confidence" or as "Little Confidence" or as "No Confidence."

The Solicitation explicitly provides for the "Unknown Confidence" rating when an Offeror has no identifiable "relevant" performance record. The "Unknown Confidence" rating provided by the Solicitation is there described as implementing the requirement of Federal Acquisition Regulation 15.305(a)(2)(iv).

Three initial Competitive Proposals were received on May 24th, 2007. On July 13th, 2007 the pulse width requirement of the Purchase Description issued with the Solicitation on April 20th, 2007 was revised to reduce the pulse width requirement

from 30 nanoseconds minimum to 1000 nanoseconds maximum to a pulse width requirement from 50 nanoseconds minimum to 1000 nanoseconds maximum. On information and belief this change in pulse width requirements was made to accommodate the lesser quality of the Krautkramer ultrasonic flaw detector offered by GE Inspection Services.

Precision Images received a written Debriefing on September 27th, 2007. Under the terms of the Solicitation Precision Images should have received a rating of "Unknown Confidence." In fact, Precision Images received a rating of "Little Confidence." Contrary to the terms of the Solicitation and to 41 U.S.C. § 405(j)(2) and to Federal Acquisition Regulation 15.305(a)(2)(iv) Precision Images' offered price is traded-off against the substantially higher price of GE Inspection Technologies for an item of lesser quality.

G. In order to obtain this Preliminary Injunction enjoining the Department of the Air Force and its Air Force Materiel Command from proceeding with the Contract that has been awarded to GE Inspection Technologies, Precision Images must clearly show: (a) a likelihood of success on the merits, (b) that the harm to Precision Images outweighs the harm to the Department of the Air Force and its Air Force

Materiel Command, (c) that the public interest is served by enjoining the Department of the Air Force and its Air Force Materiel Command, and (d) irreparable injury to Precision Images if the Department of the Air Force and its Air Force Materiel Command are not enjoined, including, but not limited to, the absence of an adequate remedy at law for Precision Images. *See, e.g., U.S. Association of Importers of Textiles & Apparel v. United States*, 413 F.3d 1344, 1346 (Fed. Cir. 2005); *PGBA, LLC v. United States*, 389 F.3d 1219, 1228-29 (Fed. Cir. 2004).

H. This Award to GE Inspection Technologies is arbitrary and lacks a rational basis because this Award for a commercial off-the-shelf ultrasonic flaw detector is made at a substantially higher price for an item of lesser quality, an item of lesser quality whose substantial price premium is unlawfully justified based only on an absence of "relevant" past performance where this "relevant" past performance is narrowly defined in the Solicitation only as the manufacture of microprocessor-based inspection equipment.

And a Contract award such as this one, an Award which violates procurement Statute and Regulation is a Contract award which is arbitrary, capricious, and otherwise contrary to law. *Reilly's Wholesale Produce v. United States*, 73 Fed. Cl. 705, 714

(2006). Success on the merits here is beyond likely—instead, it is obvious.

I. The balance of hardships leans in Precision Images' favor—because these are commercial off-the-shelf ultrasonic flaw detectors and the Contract requires testing and approval of a Pre-Production unit, there will be no undue costs which could result from the delay necessary for this Court's review.

J. The public interest will be served and, indeed, commands granting the requested Preliminary Injunction:

> In the instant case, the public's interest likewise lies in preserving the integrity of the competitive process . . . .

*Reilly's Wholesale Produce*, 73 Fed. Cl., at 716.

So too here. The Award that has been made to GE Inspection Technologies violates the terms of the Solicitation. And this Award likewise violates procurement Statute and Regulation.

K. Irreparable injury? Precision Images cannot again compete to commercial off-the-shelf ultrasonic flaw detectors until September 2012, when Contract Number FA8533-07-D-0011 expires by its terms. Such a lost opportunity to compete, and the competitive advantage which will accrue to GE Inspection Technologies, is suffi-

cient. *Filtration Development Co., LLC v. United States*, 60 Fed. Cl. 371, 385 (2004); *ATA Defense Industries v. United States*, 38 Fed. Cl. 489, 505 (1997).

Respectfully submitted,

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

October 3rd, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Precision Images, LLC.