# In the United States Court of Federal Claims

No. 07-712C
(Filed: October 3, 2007)

| | |
|---|---|
| *********************************** | |
| PRECISION IMAGES, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

Plaintiff filed a Post-Award Procurement Protest Complaint on October 3, 2007. After consultation with both counsel, the court has set the initial status conference in the above-captioned bid protest for **today, Wednesday, October 3, 2007, at 3:00 p.m.** The court will contact the parties to initiate the conference call.

Although counsel for defendant has not yet entered a Notice of Appearance, he is aware of the conference and a copy of this order will be faxed to him contemporaneously with the electronic filing of this order.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge