# In the United States Court of Federal Claims

No. 07-712C
(Filed: October 3, 2007)

************************************
PRECISION IMAGES, LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On October 3, 2007, the court held a scheduling conference pursuant to Appendix C of the Rules of the United States Court of Federal Claims ("RCFC"). Participating in the telephonic status conference were Cyrus Phillips for plaintiff; Joseph Ashman for defendant; Major Richardson, Agency Counsel for the Air Force; Kevin Dwyer and Jessica Wenzell, for GE Inspection Technologies and Sensing, the awardee.

The parties proposed the following schedule, which the court adopts:

1. The parties represented that a protective order would be necessary. The parties shall file the appropriate motion for the entry of a protective order, pursuant to RCFC App. C, **no later than close of business on Thursday, October 4, 2007.**

2. Defendant shall file the administrative record **no later than close of business on Friday, October 5, 2007**. Defendant may file the administrative record with the clerk's office on CD-ROM. In addition, by the same date, defendant shall provide to chambers **two bound courtesy copies** of the administrative record.

3. Defendant shall file a response to plaintiff's Motion for Preliminary Injunction by **no later than close of business on Friday, October 5, 2007**. Plaintiff stated that a reply brief was unnecessary.

4. If GE Inspection Technologies and Sensing intends to intervene in this matter, it shall file the appropriate motion, pursuant to RCFC 24(a)**, no later than close of business on Friday, October 5, 2007**, and, thereafter, it shall make its filings on the same date as defendant. If GE Inspection Technologies and Sensing moves to

intervene after the October 5, 2007 deadline, it may file a motion for permissive intervention pursuant to RCFC 24(b).

5. If GE Inspection Technologies and Sensing intends to file a response to plaintiff's Motion for Preliminary Injunction, it shall file its opposition **no later than close of business on Friday, October 5, 2007.**

6. The court will hold oral argument on **Tuesday, October 9, 2007, at 10:00 a.m.**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC.

7. Because a motion to intervene has not yet been filed, counsel for the potential intervenor will not receive this order electronically. Accordingly, the court will send via facsimile a courtesy copy of this order to both counsel for GE Inspection Technologies and Sensing:

   a. Kevin Dwyer, (202) 661-4834
   b. Jessica Wenzell, (717) 242-2606

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge