# In the United States Court of Federal Claims

No. 07-712C
(Filed: October 4, 2007)

***********************************
PRECISION IMAGES, LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On October 4, 2007, defendant filed an Unopposed Motion for a Protective Order and Authorization to File Sealed Documents Electronically. **Defendant's motion is GRANTED.**

Pursuant to General Order No. 42A, sealed documents may not be filed electronically unless first allowed by the assigned judge. **From hereon, the undersigned permits the parties to file future sealed documents electronically.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge