# In the United States Court of Federal Claims

No. 07-712C
(Filed: October 4, 2007)

| | |
|---|---|
| *********************************** | |
| PRECISION IMAGES, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

On October 4, 2007, plaintiff filed an application for access to information under protective order. Mr. Phillips is a member of the bar of the United States Court of Federal Claims. Mr. Phillips functions solely as legal counsel for plaintiff and is not involved in competitive decision-making.

Under the protective order, paragraph 2(a)(i), legal counsel for a party to the lawsuit is permitted access to the protected information covered by the protective order. Therefore, plaintiff's application is **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge