# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# Bid Protest

| | | |
|---|---|---|
| **PRECISION IMAGES, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 07-712C** |
| | ) | **Judge Sweeney** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION TO INTERVENE OF GE INSPECTION TECHNOLOGIES, LP**

Pursuant to Rule 24(a)(2) of Rules of the United States Court of Federal Claims ("RCFC"), GE Inspection Technologies, LP ("GE"), moves to intervene in the above-captioned case. GE seeks to intervene to defend the award to GE of Contract Number FA8533-07-D-0011 by the Department of the Air Force, Air Force Materiel Command.

Counsel for GE has conferred with counsel for Plaintiff, Precision Images, LLC, and with counsel for Defendant, the United States of America. We are authorized to represent that neither party opposes the granting of this motion. The grounds supporting GE's motion to intervene are set forth in the accompanying Memorandum.

Respectfully submitted,

/s/ David A. Churchill

__________________________

David A. Churchill
JENNER & BLOCK, LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC. 20005
Telephone: (202) 639-6056
Facsimile: (202) 637-6370

Counsel of Record for Intervenor,
GE Inspection Technologies, LP

*Of Counsel:*
Kevin C. Dwyer
JENNER & BLOCK, LLP

Dated: October 4, 2007