# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# Bid Protest

| | | |
|---|---|---|
| **PRECISION IMAGES, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 07-712C** |
| | ) | **Judge Sweeney** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**MEMORANDUM IN SUPPORT OF THE UNOPPOSED MOTION TO INTERVENE OF GE INSPECTION TECHNOLOGIES, LP**

Pursuant to Rule 24(a)(2) of Rules of the United States Court of Federal Claims ("RCFC"), GE Inspection Technologies, LP ("GE") moves to intervene in the above-captioned case. GE seeks to intervene to defend the award to GE of Contract No. FA8533-07-D-0011 by the Department of the Air Force, Air Force Materiel Command.

Counsel for GE has conferred with counsel for Plaintiff, Precision Images, LLC, and with counsel for Defendant, the United States of America. We are authorized to represent that neither party opposes the granting of this motion.

Under RCFC 24(a)(2), GE, as the successful offeror of the Air Force contract at issue, is entitled to intervene as a matter of right because it has an interest relating to the subject matter of this action and is "so situated that the disposition of the action may as a practical matter impair or impede [GE's] ability to protect [it's] interest . . . ." RCFC 24(a)(2).

This is a bid protest challenging a contract award by the Air Force Materiel Command to GE. Because GE is a contract awardee, it has a direct interest in the outcome of this case. The important interest of the awardee as intervenor is demonstrated by this Court's standard post award protest practice of discussing the entry of the successful offeror as an intervenor at the initial status conference. *See* RCFC, App. C. § IV.8(b). Further, this Court routinely allows contract awardees to intervene as party-defendants in bid protests. *See, e.g., JWK International Corp. v. United States*, 49 Fed. Cl. 371, 385 (2001).

GE's right to intervene arises under RCFC 24(a)(2), which requires that, upon timely application, parties shall be permitted to intervene in an action where they have an interest relating to the subject of the action and where disposition of the action may impair the a party's ability to protect that interest. As a contract awardee, GE meets the RCFC 24(a)(2) test. The protestor, Precision Images, LLC, seeks to overturn the award to GE. GE clearly has an interest in preserving its right to perform the contract that it was awarded. The disposition of this protest could impair that interest. Moreover, this interest is not adequately represented by the Government, whose primary interest is in preserving the discretion of agency officials and not in preserving GE's ability to perform under this contract.

For the foregoing reasons, GE respectfully requests that the Court grant its Motion to Intervene.

Respectfully submitted,

/s/ David A. Churchill

David A. Churchill
JENNER & BLOCK, LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC. 20005
Telephone: (202) 639-6056
Facsimile: (202) 637-6370

Counsel of Record for Intervenor, GE Inspection Technologies, LP.

*Of Counsel:*
Kevin C. Dwyer
JENNER & BLOCK, LLP

Dated: October 4, 2007