# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## Bid Protest

| | | |
|---|---|---|
| **PRECISION IMAGES, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 07-712C** |
| | ) | **Judge Sweeney** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**CORPORATE DISCLOSURE STATEMENT OF INTERVENOR, GE INSPECTION TECHNOLOGIES, LP**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel certifies that GE Inspection Technologies, LP is a Delaware limited partnership, which is owned 99% by its limited partner, GE Engine Services, Inc., a wholly owned subsidiary of The General Electric Company, and 1% by its general partner, The General Electric Company. The General Electric Company is a publicly held corporation.

Respectfully submitted,

/s/ David A. Churchill

______________________________

David A. Churchill
JENNER & BLOCK, LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC. 20005
Telephone: (202) 639-6056
Facsimile: (202) 637-6370

Counsel of Record for Intervenor, GE Inspection Technologies, LP.

*Of Counsel:*
Kevin C. Dwyer
JENNER & BLOCK, LLP

Dated: October 4, 2007