# In the United States Court of Federal Claims

No. 07-712C
(Filed: October 5, 2007)

***********************************
PRECISION IMAGES, LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

Defendant's counsel notified the court via telephone this morning that he is unable to file the complete administrative record by close of business today, as required by the court's October 3, 2007 scheduling order. The court directed the filing of the administrative record by close of business today based upon defendant's advice to the court at the October 3, 2007 initial scheduling conference that he would file the record today. Thus, the court did not arbitrarily select October 5, 2007, as the due date for the filing of the administrative record. Now defendant informs the court that the complete administrative record cannot be filed until close of business on Wednesday, October 10, 2007. It is the court's understanding that the failure to file the complete administrative record arises due to a mailing error by the agency and not an error by defense counsel.

In accordance with the parties' request at the October 3, 2007 initial scheduling conference, the court scheduled oral argument on plaintiff's Motion for Preliminary Injunction for Tuesday, October 9, 2007, at 10:00 a.m. However, given that defendant is unable to file the complete administrative record until close of business on Wednesday, October 10, 2007, the court cannot conduct a hearing on plaintiff's motion without a complete administrative record. The court would be appreciative if defendant is able to file a partial administrative record by close of business today. The earliest date that the court can hear argument on the plaintiff's motion is Friday, October 12, 2007, but before a firm date is set, the court must consult with the parties.

**Accordingly:**

1. **The oral argument scheduled for Tuesday, October 9, 2007, is CANCELLED.**

2. **By no later than 5 p.m. on Wednesday, October 10, 2007, defendant shall file the administrative record.** Defendant may file the administrative record with the clerk's office on CD-ROM. In addition, by the same date, defendant shall provide to chambers **two bound courtesy copies** of the administrative record.

3. **Upon receipt of this order, counsel shall immediately contact the court to participate in a scheduling conference to determine the new date for the hearing on plaintiff's motion.**

4. The court will send via facsimile a courtesy copy of this order to both counsel for GE Inspection Technologies:

   a. Kevin Dwyer, (202) 661-4834
   b. Jessica Wenzell, (717) 242-2606

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge