# In the United States Court of Federal Claims

No. 07-712C
(Filed: October 5, 2007)

```
***********************************
PRECISION IMAGES, LLC,            *
                                  *
                  Plaintiff,      *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                  Defendant.      *
***********************************
```

**ORDER**

On October 4, 2007, counsel for GE Inspection Technologies, LP filed its "Unopposed Motion to Intervene" ("motion") with supporting memorandum. The motion represents that neither defendant nor plaintiff oppose the granting of this motion. Accordingly, the motion to intervene is **GRANTED**. The clerk is directed to add GE Inspection Technologies, LP as an intervenor.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge