# In the United States Court of Federal Claims

No. 07-712C
(Filed: October 5, 2007)

```
************************************
PRECISION IMAGES, LLC,              *
                                    *
            Plaintiff,              *
                                    *
 v.                                 *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant,              *
and                                 *
                                    *
GE INSPECTION TECHNOLOGIES, LP,     *
                                    *
            Defendant-Intervenor.   *
************************************
```

**ORDER**

On October 5, 2007, attorneys for defendant-intervenor each filed an Application for Access to Information Under Protective Order by Outside Counsel. Mr. David A. Churchill and Mr. Kevin C. Dwyer are members of the bar of the United States Court of Federal Claims. Mr. Churchill and Mr. Dwyer function solely as legal counsel for defendant-intervenor and are not involved in competitive decision-making.

Under the protective order, paragraph 2(a)(i), legal counsel for a party to the lawsuit is permitted access to the protected information covered by the protective order. Therefore, Mr. Churchill's and Mr. Dwyer's applications are **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge