IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRECISION IMAGES, LLC | ) | |
| | ) | Bid Protest |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-712C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Defendant hereby files this Status Report to inform the Court that it is prepared to suspend performance of the subject contract awarded in the above-captioned case conditioned upon an agreed-upon expedited briefing schedule. Accordingly, on that basis, at this time Defendant will not file an opposition to Plaintiff's Motion for Preliminary Injunction as scheduled by the Court's Scheduling Order issued on October 3, 2007. Defendant asks the Court to conduct a scheduling conference early next week to establish an expedited briefing schedule to obtain a final ruling on the merits of this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

HAROLD D. LESTER
Assistant Director

/s Joseph E. Ashman
JOSEPH E. ASHMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 353-7578
Fax: (202) 307-0972

October 5, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 5th day of October, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Joseph E. Ashman