# In the United States Court of Federal Claims

No. 07-712C
(Filed: October 5, 2007)

***********************************
PRECISION IMAGES, LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
GE INSPECTION TECHNOLOGIES, LP, *
*
Defendant-Intervenor. *
***********************************

**ORDER**

In a status report filed on October 5, 2007, defendant represents: (1) that it will not oppose plaintiff's Motion for Preliminary Injunction, and (2) that it will suspend performance of the contract awarded in the instant case conditioned upon an expedited briefing schedule.

**The court will hold a telephonic scheduling conference with the parties on Tuesday, October 9, 2007, at 10:00 a.m.** to establish a briefing schedule for ruling on the merits of the case. The court will contact the parties to initiate the conference call.

Accordingly, the court vacates those portions of its October 3, 2007 and October 5, 2007 orders establishing briefing deadlines regarding plaintiff's Motion for Preliminary Injunction. However, **defendant still shall file the administrative record by no later than 5 p.m. on Wednesday, October 10, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge