# In the United States Court of Federal Claims

No. 07-712C
(Filed: October 9, 2007)

************************************
PRECISION IMAGES, LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
GE INSPECTION TECHNOLOGIES, LP, *
*
Defendant-Intervenor. *
************************************

## ORDER

The court conducted a status conference in the above-captioned case on October 9, 2007. During the status conference, the parties discussed and agreed to the following schedule:

- Defendant shall file the entire administrative record **no later than close of business (5:00 p.m.) on Wednesday, October 10, 2007**. Defendant may file the administrative record with the clerk's office on CD-ROM. In addition, by the same date, defendant shall provide to chambers **two bound courtesy copies** of the administrative record.

- The parties shall file cross-motions on the administrative record **no later than Friday, October 19, 2007**.

- The parties shall file responses in opposition to the cross-motions **no later than Wednesday, October 24, 2007**.

- The parties shall file, if necessary, replies in support of their cross-motions **no later than Monday, October 29, 2007**.

- The court will hear argument on the parties' cross-motions on **Monday, November 5, 2007, at 10:00 a.m.**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC.

Based upon defendant's decision to issue a stop-work order to the contract awardee, Plaintiff's Motion for a Preliminary Injunction, filed on October 3, 2007, is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge