# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRECISION IMAGES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-712C |
| | ) | Bid Protest |
| v. | ) | (Judge M. Sweeney) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, and | ) | Protected Information Only To Be |
| | ) | Disclosed In Accordance With |
| GE INSPECTION TECHNOLOGIES, LP, | ) | United States Court Of Federal |
| | ) | Claims Protective Order |
| Intervenor. | ) | |

## DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC"), and the Court's order dated October 9, 2007, defendant respectfully provides notice that it is filing the administrative record regarding plaintiff's protest.

The administrative record is contained on a CD-ROM. The CD-ROM contains protected information that should only be disclosed in accordance with the protective order entered by the Court in this matter. The CD-ROM should be filed and maintained under seal pursuant to the Court's protective order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

TODD M. HUGHES
Deputy Director

s/Joseph E. Ashman

JOSEPH E. ASHMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7578
Fax: (202) 507-0972

Dated: October 10, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2007, I caused to be served via Federal Express delivery, copies of “Defendant’s Notice of Filing the Administrative Record” and a copy of the administrative record, consisting of one CD-ROM, addressed and delivered as follows:

Cyrus E. Phillips, IV
1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

David A. Churchill
JENNER & BLOCK, LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005

____________________________