**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION IMAGES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-712C |
| | ) | Bid Protest |
| v. | ) | (Judge M. Sweeney) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, and | ) | |
| | ) | |
| GE INSPECTION TECHNOLOGIES, LP, | ) | |
| | ) | |
| Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**TO AMEND THE ADMINISTRATIVE RECORD**

On October 10, 2007, defendant filed the administrative record in the above-captioned case pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims. The administrative record was filed on one CD-ROM pursuant to the Court's order of October 9, 2007. On October 12, 2007, defendant's counsel became aware that the contracting officer's certification filed with the administrative record does not contain the contracting officer's signature. This omission occurred when the original certification executed by the contracting officer and submitted to defendant's counsel was electronically formatted for filing. The defendant therefore requests that the Court allow defendant to amend the already-filed administrative record with the complete certification containing the contracting officer's signature, a copy of which is attached to this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant Snee
BRYANT SNEE
Deputy Director

s/Joseph E. Ashman
JOSEPH E. ASHMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7578
Fax: (202) 507-0972

Dated: October 12, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO AMEND THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Joseph E. Ashman