# CERTIFICATION OF CONTRACTING OFFICE ADMINISTRATIVE RECORD FOR FA8533-07-R-11523/FA8533-07-D-0011

I, Salena W. Arrington, hereby certify that to the best of my knowledge and after careful review the following documents constitute the record of administrative actions performed for Solicitation FA8533-07-R-11523/Contract FA8533-07-D-0011. The documents contained in the administrative record are the documents required to be maintained in accordance with this agency's procurement regulations FAR Subpart 4.803 or other applicable regulation, as well as the documents identified in Appendix C to the Rules of the United States Court of Federal Claims. The records have been organized as they are maintained in this agency's files.

Salena W. Arrington

Digitally signed by: ARRINGTON.SALENA.W.RSSZZRVVQV
Date: D:SQQXRQRQQXVTRR-QV'QQ'

Salena W. Arrington
Contracting Officer
10 Oct 2007