# In the United States Court of Federal Claims

No. 07-712C
(Filed: October 17, 2007)

***********************************
PRECISION IMAGES, LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
GE INSPECTION TECHNOLOGIES, LP, *
*
Defendant-Intervenor. *
***********************************

**ORDER**

On October 12, 2007, defendant filed its Unopposed Motion to Amend the Administrative Record ("motion"). In its motion, defendant represents that the certification filed with administrative record on October 9, 2007, did not contain the contracting officer's signature. Thus, defendant requests that the court allow defendant to amend the administrative record with the complete certification attached to defendant's motion. Defendant represents that its motion is unopposed. Accordingly, the court GRANTS defendant's Unopposed Motion to Amend the Administrative Record.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge