# In the United States Court of Federal Claims

No. 07-712C
(Filed: October 19, 2007)

************************************
PRECISION IMAGES, LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
GE INSPECTION TECHNOLOGIES, LP, *
*
Defendant-Intervenor. *
************************************

## ORDER

On October 19, 2007, defendant-intervenor filed its Memorandum in Support of Defendant's Cross-Motion for Judgment on the Administrative Record and in Opposition to Plaintiff's Cross-Motion ("Memorandum"). Pursuant to the court's October 4, 2007 Protective Order, the parties are required to file protected material under seal. The face of defendant-intervenor's Memorandum states that the document is "Filed Under Seal"; however, the court's Case Management/Electronic Case Filing system ("CM/ECF") did not reflect that defendant-intervenor had filed the Memorandum under seal. The court notified the Clerk of the error; thus, defendant-intervenor's Memorandum is now under seal. The parties are reminded to proceed cautiously when filing documents that contain protected information with the court.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge