# In the United States Court of Federal Claims

| | |
|---|---|
| **PRECISION IMAGES, LLC,** | |
| **Plaintiff,** | |
| **v.** | **BID PROTEST**<br>**No. 07-712C**<br>**Judge Margaret M. Sweeney** |
| **THE UNITED STATES,** | |
| **Defendant,** | |
| **and** | |
| **GE INSPECTION TECHNOLOGIES, LP,** | |
| **Intervenor.** | |

**PLAINTIFF'S CROSS-MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Pursuant to RCFC 52.1(b), Plaintiff, Precision Images, LLC (Precision Images), herewith Cross-Moves for Judgment on the Administrative Record. Together with this Cross-Motion for Judgment on the Administrative Record, Precision Images is filing the Statement of Facts required by RCFC 52.1(b) and a Brief in Support of

Plaintiff's Cross-Motion for Judgment on the Administrative Record, this as allowed by RCFC 7(b)(1).

Respectfully submitted,

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

October 19th, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

| | |
|---|---|
| Telephone: | (202) 466-7008 |
| Facsimile: | (202) 466-7009 |
| Electronic Mail: | lawyer@procurement-lawyer.com |

Attorney of record for Plaintiff,
Precision Images, LLC.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Friday, October 19th, 2007 a true and complete copy of this Plaintiff's Cross-Motion for Judgment on the Administrative Record was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Joseph E. Ashman, Esq.

Electronic Mail: Joseph.Ashman@usdoj.gov

Attorney of record for Defendant,
Department of the Air Force, Air Force
Materiel Command.

I also certify, under penalty of perjury, that on Friday, October 19th, 2007 a true and complete copy of this Plaintiff's Cross-Motion for Judgment on the Administrative Record was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

David A. Churchill, Esq.

Electronic Mail: dchurchill@jenner.com

Attorney of record for Intervenor,
GE Inspection Technologies, LP.

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV