# In the United States Court of Federal Claims

No. 07-712C
(Filed: October 25, 2007)

| | |
|---|---|
| PRECISION IMAGES, LLC, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| GE INSPECTION TECHNOLOGIES, LP, | * |
| Defendant-Intervenor. | * |

## ORDER

On October 24, 2007, defendant filed its Response in Support of its Motion for Judgment Upon the Administrative Record ("Response"). The Clerk of the Court noted two deficiencies with defendant's Response. First, defendant's Response does not include a table of contents as required by Rule 5.2(a)(1)(A) of the Rules of the United States Court of Federal Claims ("RCFC"). The Response also fails to include a table of cases and statutes as required by RCFC 5.2(a)(1)(B). **The Clerk is directed to strike defendant's Response, document #35. Defendant shall file its corrected response no later than Monday, October 29, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge