# In the United States Court of Federal Claims

No. 07-712C
(Filed: October 26, 2007)

***********************************
PRECISION IMAGES, LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
GE INSPECTION TECHNOLOGIES, LP, *
*
Defendant-Intervenor. *
***********************************

## ORDER

On October 24, 2007, defendant filed its Response in Support of its Motion for Judgment Upon the Administrative Record ("Response"). The Clerk of the Court noted two deficiencies with defendant's Response. First, defendant's Response did not include a table of contents as required by Rule 5.2(a)(1)(A) of the Rules of the United States Court of Federal Claims ("RCFC"). The Response also failed to include a table of authorities as required by RCFC 5.2(a)(1)(B). Pursuant to the court's October 25, 2007 order, defendant filed its Corrected Response in Support of its Motion for Judgment Upon the Administrative Record ("Corrected Response") on October 25, 2007. However, defendant's Corrected Response was also deficient. RCFC 5.2(a)(1) requires that the contents of a brief should be arranged in a specific order (i.e., the table of contents and table of authorities must precede the statement of the case and the arguments). The table of contents and table of authorities were attached to the end of defendant's Corrected Response. **Because the defect is minor, the court directs the Clerk to file defendant's Corrected Response by its leave.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge