# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **PRECISION IMAGES, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **BID PROTEST** |
| | ) | **No. 07-712C** |
| **THE UNITED STATES,** | ) | **Judge Margaret M. Sweeney** |
| **Defendant,** | ) | |
| **and** | ) | |
| **GE INSPECTION TECHNOLOGIES, LP,** | ) | |
| **Intervenor.** | ) | |

## PLAINTIFF'S NOTICE OF FILING

Plaintiff, Precision Images, LLC (Precision Images), herewith provides notice that Plaintiff is filing on a CD-ROM an electronic copy of the Windows Media Video file offered by Plaintiff at Oral Argument on Monday, November 5th, 2007 and admitted by the Court as Plaintiff's Oral Argument Exhibit 2.

The Windows Media Video file which is contained on this CD-ROM is a production of the Commonwealth of Virginia's Virginia Department of Transportation. The Windows Media Video file which is contained on this CD-ROM is a public document.

Respectfully submitted,

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

November 5th, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Precision Images, LLC.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Monday, November 5th, 2007 a true and complete copy of this Plaintiff's Notice of Filing was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Joseph E. Ashman, Esq.

Electronic Mail: Joseph.Ashman@usdoj.gov

Attorney of record for Defendant, Department of the Air Force, Air Force Materiel Command.

I also certify, under penalty of perjury, that on Monday, November 5th, 2007 a true and complete copy of this Plaintiff's Notice of Filing on the Administrative Record was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

David A. Churchill, Esq.

Electronic Mail: dchurchill@jenner.com

Attorney of record for Intervenor,
GE Inspection Technologies, LP.

At Oral Argument on Monday, November 5th, 2007 Defendant and Intervenor were provided copies of the CD-ROM enclosed with this Notice of Filing.

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV