# In the United States Court of Federal Claims

No. 07-712 C
(Filed: November 6, 2007)

***********************************
PRECISION IMAGES, LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
GE INSPECTION TECHNOLOGIES, LP, *
*
Defendant-Intervenor. *
***********************************

## ORDER

On November 5, 2007, plaintiff filed its Oral Argument Exhibits 1 and 2 ("Exhibits"). The Clerk of the Court noted the following deficiencies. First, plaintiff's Exhibit 1 was not signed by the attorney of record as required by Rules 11 and 83.1(c)(2) of the Rules of the United States Court of Federal Claims ("RCFC"). Second, Plaintiff's Exhibit 1 does not contain a correct caption as required by Rule 10(a). Third, the Clerk indicated that no RCFC provision provides for the filing of plaintiff's Exhibits.

Plaintiff's Exhibits were admitted into evidence without objection during oral argument on plaintiff's and defendant's cross-motions for judgment on the administrative record held on November 5, 2007. Plaintiff's Exhibits, however, must comply with the RCFC provisions enumerated above. **The Clerk is directed to strike plaintiff's Exhibit 1, document #44. Plaintiff shall file its corrected Exhibit 1 no later than Friday, November 9, 2007. The court directs the Clerk to file plaintiff's Exhibit 2 by its leave.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge