# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **PRECISION IMAGES, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **BID PROTEST**<br>**No. 07-712C**<br>**Judge Margaret M. Sweeney** |
| **THE UNITED STATES,** | ) | |
| **Defendant,** | ) | |
| **and** | ) | |
| **GE INSPECTION TECHNOLOGIES, LP,** | ) | |
| **Intervenor.** | ) | |

**PLAINTIFF'S CORRECTED EXHIBIT 1**

Plaintiff, Precision Images, LLC (Precision Images), herewith provides Notice that Plaintiff is filing the attached Document as Plaintiff's Corrected Exhibit 1.

Attached to this Notice is a document comprised of two pages from the *Southside Sentinel*'s weekly edition of October 18th, 2007. These two pages contain the article which appeared in this weekly edition entitled "Expect delays during Norris

Bridge repairs." Plaintiff's Corrected Exhibit 1 was admitted into evidence without objection during Oral Argument on November 5th, 2007.

Respectfully submitted,

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

November 6th, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Precision Images, LLC.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Tuesday, November 6th, 2007 a true and complete copy of this Plaintiff's Corrected Exhibit 1 was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Joseph E. Ashman, Esq.

Electronic Mail: Joseph.Ashman@usdoj.gov

Attorney of record for Defendant, Department of the Air Force, Air Force Materiel Command.

I also certify, under penalty of perjury, that on Tuesday, November 6th, 2007 a true and complete copy of this Plaintiff's Corrected Exhibit 1 was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

David A. Churchill, Esq.

Electronic Mail: dchurchill@jenner.com

Attorney of record for Intervenor,
GE Inspection Technologies, LP.

At Oral Argument on Monday, November 5th, 2007 Defendant and Intervenor were provided copies of a CD-ROM containing Plaintiff's Exhibit 1.

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV

# Southside Sentinel

www.ssentinel.com

*Serving Middlesex County and adjacent areas of the Middle Peninsula and Northern Neck since 1896*

Vol. 113, No. 29 | Urbanna, Virginia 23175 • October 18, 2007 | Two Sections • 50¢


## Fire engulfs house

by Tom Chillemi

Flames whipped by high winds quickly destroyed the Water View home of Christine and George Hammond Jr. on Friday afternoon.

A dark cloud of smoke could be seen for miles as raging flames consumed the nearly 100-year-old house. The dry wooden house burned to ashes in less than four hours. A car was also completely burned.

George Hammond Jr. had been sleeping in his home and was awakened by a passing motorist driving on Water View Road about a mile behind Big John's Convenience Store. The driver had spotted flames on the back of the house about 1:15 p.m.

Hammond said he smelled smoke and went outside and found the burning back section that faced a steady wind, which fanned the flames. "It was burning right good," he said.

Hammond said he thought about spraying water on the flame, but was worried that the fire had been caused by an electrical problem and adding water could have been dangerous.

Hammond said the house had been built by his grandparents, Mr. and Mrs. Sam Hammond.

Hammond said the "important thing" is no one was hurt, as he hurried off to check on his dog that had huddled safely in his dog house about 40 yards from the inferno.

The home was completely destroyed along with clothing and medicine.

The River Counties Red Cross responded immediately giving comfort and financial support. The Red Cross supplied clothing, medicines and two rooms for three nights in a motel, said Julie Dudley of the local Red Cross.

Fire departments from Water View, Urbanna and Hartfield responded to the blaze, as did Urbanna rescue squad personnel.

A dozen firefighters used 10,000 gallons of water on the fire.

For more details on the fire, see the Middlesex Sheriff's Report on page B10.



**An Upper Middlesex Volunteer Fire Department firefighter stands ready to battle Friday's blaze that destroyed the home of Christine and George Hammond in Water View.** (Photo by Tom Chillemi)

## Candidates address variety of issues

by Larry S. Chowning

The Rappahannock Community Boosters Club at Harmony Village sponsored a political forum on Tuesday, October 9.

The club positioned a fish bowl on the table and people were allowed to place written questions in the bowl for candidates to answer.

At the beginning of the forum, candidates were asked to introduce themselves and give a summary of their platform.

Incumbent John D. (Jack) Miller was the only Saluda District supervisor candidate at the forum. Write-in candidate Lewis Fillings did not attend. Miller said he has been on the board for 12 years. He said as a board member he and other supervisors have kept the real estate tax rate low and have been fiscally conservative.

Miller said he is very proud of the county staff at the courthouse. "I tell the staff that when someone walks in their door that person should be treated like he is the most important person in the county," he said. "I believe they do that."

He noted there have been many capital projects over the past 12 years and that the board has worked to help individuals by rezoning property to allow "mother-in-law" homes on property.

He said the proposed Syd Thrift Athletic Complex project at the high school is a project that he and other supervisors are "very much" behind.

Miller said the county needs to plan for the large number of senior citizens who will be living here over the next 20 years.

Pinetop District supervisor Fred Crittenden said he had played a major role in the construction of the new schools—St. Clare Walker Middle School, Middlesex Elementary School and the renovation of Middlesex High School. "We are one of the few school systems in the state that doesn't have class trailers sitting on the property," he said. "We are real proud of this."

He noted a new roof will soon be installed at the high school, and the county just moved into a new courthouse. "Now we have taken a bunch of slack about that (courthouse)," said Crittenden, "but we had to decide whether to move in with things wrong, and we decided as a board not to move in. We decided not to sweep anything under the rug," he said. "We decided to make sure everything was right before we moved in. I think most of you here would have taken the same course."

Crittenden said supervisors have filed a lawsuit to collect money from the architect of the courthouse, which opened about three years late due to leakage and mold problems.

He also noted that the county has paid $385,000 for a new dog pound. "Sort of high to house stray dogs, but the state mandated it," he said.

"The most difficult thing about being a supervisor is sometimes you have to look your best friend in the eye and say, 'I can't help you,'" said Crittenden.

Pinetop District supervisor candidate Macey White said the county is going to face growth problems. He said zoning laws were enacted in the early 1980s and "now we are at a critical time. We need to take those zoning laws and our new comprehensive plan and make sure it reflects what we want Middlesex to be for the next generations. I take that very seriously, and I think this is an exceedingly critical time in the development of this county.

"If we don't plan the future of Middlesex County, other people are going to plan it for us," said White. "We talked about Rosegill in the last election. I told people I had a problem with the process we used because

**(See Variety, page A18)**

## Guild to open art center

by Tom Chillemi

The Middlesex Art Guild, Inc. is planning to open a "Cultural Art Center" in Urbanna. It will be home of the Art on the Half Shell Festival and the Middlesex Art Guild (MAG).

The gallery will be located at 217 Virginia Street (in a former ice cream parlor) across from the Middlesex Woman's Club and next to Shucker's Restaurant, MAG president Elaine Berry told the Urbanna Town Council on Monday.

Berry said the building needs minor repairs and the Guild expects to have temporary displays in the front windows in time for the Urbanna Oyster Festival on November 2-3.

The art gallery will be open for the Urbanna House Tour on Saturday, December 1, she said. When it is in full operation, the Guild's home will have classes, performances and exhibits. "This has been a dream of mine," said Berry.

## Expect delays during Norris Bridge repairs

by Audrey Thomasson

Preparation to replace two pins on the Robert O. Norris Jr. Memorial Bridge is expected to begin Monday, October 22, with the installation of a support and jacking assembly, according to Gary Shelor, P.E., bridge structural engineer for the Virginia Department of Transportation.

Traffic is expected to be shut down intermittently for up to 20 minutes at a time as the beams are jacked up to install the support structure on both sides of the deck. Shelor said the repairs should be completed by November 3.

The bridge was closed to traffic weighing over three tons on October 3 after an inspection revealed a defective pin in the sixth span on the Middlesex side. Additional ultrasonic testing of all the bridge pins on the deck trusses was completed

**(See Bridge, page A11)**



### *Festive pirate*

**Modern-day pirates greeted visitors at the Holly Point Art & Seafood Festival in Deltaville on Saturday. An estimated 5,000 people attended the day-long event. For more details on the festival, see Maritime Museum column on page B12.** (Photo by Larry Chowning)

## Planners okay major subdivision and rezoning for a 44-home development

by Tom Chillemi

The Middlesex Planning Commission recommended approval of three rezoning applications, and a major subdivision in Water View at its meeting on October 11.

In a split decision, the commission approved a special exception for a 12-lot subdivision of an eight-acre parcel in Water View, which was submitted by Parrotts Creek Landing LLC of Richmond.

Middlesex planning director George Hayfield's report to the commission noted that of the eight acres, just 4.9 acres are left to build on after land is subtracted for access, open space and the Resource Protection Area. The plans show the average lot size will be about one-third acre (14,710 square feet), except for one lot that will be 1.1 acres and is in a Waterfront Commercial zone.

In May, the same property owner proposed 28 townhouses for 12 acres at the same location under the name Waterview Townhomes LLC. The plan was rejected by the Middlesex Board of Supervisors in July.

The land is zoned Village Community, which permits two housing units per acre, for a total of 16 units. The proposal would have the equivalent of 1.5 units per acre.

The lots will have individual wells and drainfields.

Open space will be 31 percent, which meets the county's 30 percent minimum requirement for open space.

Voting in favor of the subdivision were chair John England, Alvin Wake, Marilyn South, J.D. Davis and Buck Boyd. Opposed were Garrison Hart, Bonnie Davenport and Melvin Beverly.

The planners also voted 6-2 to recommend rezoning 2.5 acres from Village Community to General Business for a showroom and product warehouse with outside storage for Riverside Brick and Supply Company of Richmond. The parcel is located on the Route 17 Bypass next to the new Urbanna Builders' Supply.

The commission also approved a major site plan for a 3,900-square-foot expansion at the Church of the Visitation near Harmony Village.

The commission recommended approval of a rezoning request by Suro-Sima LLC from Low Density Rural to Village Community for a 27.5-acre parcel near the Piankatank River Golf Club. Proffers include a maximum of 44 homes.

The commission unanimously endorsed a proposal by Atlantic Eastern Holdings of Deltaville that requested an amendment of current proffers on a property to allow a marine construction office building, maintenance shop, construction equipment and building supply storage at the intersection of Route 33 and Jackson Creek Road in Deltaville. The parcel is located across from Deltaville Auto and Marine.

Under old business, Gene Ruark asked the commission to table, until its November meeting, his request to rezone 326 acres of a 630-acre parcel in Hartfield. At the September meeting, Ruark said he would add more open space and reduce the number of houses in his planned Healy's Mill Plantation development.

**Inside**


| | | | |
|---|---|---|---|
| Business Directory | B4 | Leisure | A7 |
| Calendar | A4 | School | B7 |
| Church | A16 | Social | A5 |
| Classifieds | B5 | Sports | B1 |




**Book Signing** SEE PAGE A7



**Youth League Signup** SEE PAGE B2



**Future Shelter** SEE PAGE B12

# LETTERS TO THE EDITOR

## Leave the remarks and stares at home

To the Editor:

Having a disability is not contagious. If you look at a child in particular that has a disability or looks different than you, it does not mean that there is something wrong with that person, it simply means they are different than you and me. You cannot catch a seizure disorder, blindness or cerebral palsy. If we all looked alike and acted alike the world would be very boring.

A child that has special needs has the same heart that you have, has a family, and a lot of times has the same dreams that you and I have to become successful in life.

It was brought to my attention that a child was scared of my child because she thought he was scary looking or looked at her in a scary way. When another child (bless her heart) explained to her that he was not scary, that he has a vision problem and that is why his eyes were the way they are. The little girl said, "Okay, I will be his friend."

After I heard that story, I paid attention to it. To my disbelief, it happened a lot, people staring at him. I thought, what are they staring at, the fact that he is different, or the fact that they are uneducated about the many differences in this world?

When a human being has a disability, it is not something they have asked for or even planned for, but for reasons unknown to us, it is what they have learned to endure on a daily basis.

Speaking personally, my son is a true blessing to our family and quite honestly to anyone he has contact with. You might ask why? Well, I'll tell you why.

He is a child who fought to live from the minute he came into this world and always has a smile on his face. He strives to be good at everything he does, always has a kind word for everyone, and others' feelings matter to him. You never hear him say anything negative about anyone or anything. And although this quality is from a generation long ago, he will open the car door or house door, and tell the ladies to go first.

For what it takes for a child with no disabilities to do their homework in a hour, it takes my son an hour and 45 minutes. And he will do it with no complaints.

He plays sports with his whole heart and gives it his all. I could continue on, but the point is, he has to wake up every morning knowing that he is different, that he has a disability, that he has special needs or whatever label the public wants to put on it. He is a person, just like you and me, and it is important to the future of all our children that we educate them on the differences in this world, and that we be more accepting and understanding.

If you have questions, ask. That is the best way to learn what you want to know. If you are not interested, then just walk away. But please leave the remarks and stares at home because you never know what that person might already be dealing with.

**Melinda Hart**
**Saluda**

## Bridge . . . (continued from page A1)

this week, resulting in identification of a second pin in need of replacing.

Because both pins are located close together on the same span, replacement will be done using the same temporary support structure and will not result in additional closures, Shelor reported.

"The manufacturer worked through the weekend to complete fabrication on the pieces," for the pins, Shelor said. "Hopefully, everything is on schedule to get this thing done."

McClean Contracting of Baltimore will do the work from a platform secured to a barge positioned under the bridge. When the support structure is completed on October 29, they will begin installing the new pins.

VDOT will continue to monitor the bridge with inspections scheduled every three months. The next inspection will be in January, 2008.

## Community made festival a success

To the Editor:

As president of the Deltaville Maritime Museum, it is part of my job to thank all of the people that made the Holly Point Art & Seafood Festival a great success.

Starting with Chef Bill Powell of Bill's Bistro and his volunteers who prepared, cooked and served great food all day long. Bill also lined up great support from our local restaurants.

Thanks to Johnny Fleet of Fleet Brothers, Revere Gas, Tim Mills, EVB and J&W Seafood, which sponsored the food.

Raynell Smith, museum director, and the docents kept the museum open and made many new friends. Captain Krunch "explored" Mill Creek with many new "Explorers."

Special thanks to Michelle and John Rother from NAPA for our first-ever car show, and also to Henry Lackey for his antique motors.

The local Model Train Club entertained young and old alike. The llamas, alpacas and storyteller Maureen Barry all led us to the pirates. Blackbeard's Pirate Crew taught all the children how to be pirates—they loved it and so did we.

The park director, Becky Ferrell, and her volunteers did a wonderful job pulling off the best art show ever. Let's not forget the artists who set a new standard for regional art shows.

And thanks to the community-at-large, which provided sponsorship and turned out 5,000-plus strong.

Many thanks to Arleen and Bob Kates for their help keeping me in line, and also to everyone that I have forgotten to mention.

**Gene Ruark**
**President, Deltaville Maritime Museum and Holly Point Nature Park**

## Correction

It was erroneously reported in the October 11 Southside Sentinel that Chris Plakas recently addressed the board of supervisors concerning the Broad Creek public dock. It was actually Mike Plakas, Chris' son who leases the marina from his father, who addressed the board.

***Due to the lack of space, some Letters to the Editors were not published this week.***

COASTAL DESIGN SOLUTIONS



CHRIS RIDDICK, ASSOC. AIA
• New Home Design • Kitchen Design
• Renovations/Additions • Garages/Guest Houses
• Drafting Services • Large Format Printing
804·758·2990
Please come visit our new location in the
Newly Renovated **Taylor Building, Urbanna**
Open Monday-Friday 8:00 am-5:00 pm— Saturdays by appt.

Quality Tree Service
*All phases of tree care*
**Licensed • Insured**
***Free Estimates***
**758-3407**

PAID POLITICAL ADVERTISEMENT

**Re Elect Sheriff Guy Abbott**

**Accomplishments**
• Appointed to Judicial Committee
• 2007 appointed to Legislative Committee
• Training for Deputies in responding to School Violence disturbances
• Department wide paging system
• Adult Police Academy
• A Child is Missing® Member
• Wellness Check Program
• Sheriff's Auxiliary Program (funding provided helped fund six cars and specialized equipment)
• Opening of New Courthouse with additional deputies
• LiveScan (automated fingerprinting)
• Established volunteer Security Patrol
• The first county east of Richmond to utilize AED's in patrol vehicles
• Grant Funding for Bike Patrol
• Continuing member of Tri-River Drug Taskforce
• Funeral Escorts at no Charge
• Weekly Sheriffs report
• Deputies Retirement Supplement passed in VA General Assembly
• Direct Radio Traffic with VDOT
• Opportunities for Deputies to supplement income with off-duty security details
• Certified Technicians outfitting new cars (1 of 12 in the state)
• New cars outfitted in the Sheriff's home garage at no cost to the county
• Emergency Crews Consisting of Sheriff's Office Personnel and Middle Peninsula Regional Security Center staff and inmates clearing roads for fire and rescue and assisting VDOT during large weather related incidents

*"As a Middlesex native, I have committed all of your Sheriff's office time and resources to making our county a safer place to live. I have required professionalism from the entire Sheriff's Office staff, improving the office's image and providing quality service and equal protection to the community. I have proudly served as your sheriff and would appreciate your support allowing me to continue making Middlesex County a safer place for your family, as well as my own."*
- Sheriff Guy L. Abbott

**Working to Make Middlesex County a Safer Place to Live.**

AUTHORIZED AND PAID FOR BY GUY L. ABBOTT FOR SHERIFF CAMPAIGN 2007




IS PLEASED TO WELCOME
**Matthew Chang, M.D.**
Neurosurgeon

Riverside Walter Reed Hospital is dedicated to making sure the citizens of our community have access to physician specialists, *here at home.*



Dr. Matthew Chang of Hampton Roads Neurosurgical and Spine Specialists is now able to offer the community the very specialized services of a *brain and spine surgeon*, *here at home*. By working with Dr. Chang and his partners, we're also offering skilled physicians in the latest and most effective tools in treating brain tumors and other neurological diseases, including Gamma Knife®, knifeless brain surgery.

Dr. Chang earned his medical degree at Case Western Reserve University School of Medicine in Cleveland, Ohio and completed residency training at the University of Colorado Health Science Center in Denver.

***For more information on Dr. Chang, or to schedule an appointment call (757) 595-7608.***

RIVERSIDE
WALTER REED HOSPITAL

RMG
Riverside Medical Group
*Patient-Centered, Physician-Directed Healthcare*

7554 Hospital Road, Suite 202B
Gloucester, Virginia 23061