# In the United States Court of Federal Claims

**NOTICE**

**PRECISION IMAGES, LLC**

**No. 07-712C**

**V.**

**THE UNITED STATES**

**and**

**GE INSPECTION TECHNOLOGIES, LP**

**CLERK'S OFFICE**
**Washington, D.C., November 6, 2007**

To Attorney of Record, Assistant Attorney General, and Judge Margaret M. Sweeney,

Please take notice that in the above cause there has been filed this day, on behalf of the parties,

Transcript of Proceedings (one volume) taken at Washington, DC on November 5, 2007.

Brian Bishop

Brian Bishop, Clerk