# In the United States Court of Federal Claims

**No. 07-712 C**

**PRECISION IMAGES, LLC,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**GE INSPECTION TECHNOLOGIES, LP,**
**Defendant-Intervenor.**

Pursuant to the court's Opinion and Order, filed November 15, 2007, granting defendant's Motion for Judgment on the Administrative Record, and denying plaintiff's Cross-Motion for Judgment on the Administrative Record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

**November 19, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.