#067416

ORIGINAL

FILED
NOV 2 9 2007
U.S. COURT OF FEDERAL CLAIMS

# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PRECISION IMAGES, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | BID PROTEST<br>No. 07-712C<br>Judge Margaret M. Sweeney |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| GE INSPECTION TECHNOLOGIES, LP, | ) | |
| Intervenor. | ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Pursuant to RCFC 58.1 Plaintiff Precision Images, LLC (Precision Images) herewith gives notice that Plaintiff hereby Appeals as of right, 28 U.S.C. § 1295(a)-(3), from the final Judgment of the Court, RCFC 58(a)(2), entered in this Civil Action on Monday, November 19th, 2007. This Notice of Appeal is timely filed within sixty calendar days after entry of the Court's final Judgment.

Respectfully submitted,

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

November 29th, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Mobile: (703) 819-5944
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Precision Images, LLC.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Thursday, November 29th, 2007 a true and complete copy of this Plaintiff's Notice of Appeal was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Joseph E. Ashman, Esq.

Electronic Mail: Joseph.Ashman@usdoj.gov

Attorney of record for Defendant, Department of the Air Force, Air Force Materiel Command.

I also certify, under penalty of perjury, that on Thursday, November 29th, 2007 a true and complete copy of this Plaintiff's Notice of Appeal was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

David A. Churchill, Esq.

Electronic Mail: dchurchill@jenner.com

Attorney of record for Intervenor,
GE Inspection Technologies, LP.

Cyrus E. Phillips, IV