**From:** Ashman, Joseph (CIV)
**Sent:** Tuesday, October 23, 2007 5:11 PM
**To:** 'lawyer@procurement-lawyer.com'
**Cc:** 'Dwyer, Kevin C'
**Subject:** RE: Precision Images, LLC v. United States and GE Inspection Technologies, LP, Fed. Cl. No. 07-712C, Judge Margaret M. Sweeney

Mr. Phillips,

I've reviewed plaintiff's proposed public version of its October 19 filings and approve on the condition that the following additional material is removed:

1. **Statement of Facts.** The following items should be redacted pursuant to paragraph 1(a) of the Protective Order as they constitute "source selection information" as defined by FAR 2.101:

-- p. 17, SOF 24, please remove the block quotation from the Initial Performance Report

-- p. 19, SOF 29, please remove the block quotation from the Final Performance Report

-- p. 20, SOF 30, please remove the block quotation from the Final Performance Report

-- p. 22-23, SOF 34, please remove the block quotation from the Source Selection Decision Document

2. **Brief.** The following items should be redacted pursuant to paragraph 1(a) of the Protective Order as they constitute "source selection information" as defined by FAR 2.101:

-- p. 11, last paragraph, please remove the block quotation from the Initial Performance Report

-- p. 13, second paragraph, please remove the block quotation from the Final Performance Report

-- p. 14, top, please remove the block quotation from the Final Performance Report

-- p. 15, second paragraph, please remove the block quotation from the Source Selection Decision Document

Joseph E. Ashman
Trial Attorney
Civil Division
Commercial Litigation Branch
United States Department of Justice
1100 L Street, NW, Room 12144
Washington, DC 20530
*(Zip Code for Overnight Deliveries 20005)*
Direct Dial: 202.353.7578
Facsimile: 202.307.0972
Joseph.Ashman@usdoj.gov

---

**From:** Cyrus E. Phillips, IV [mailto:lawyer@procurement-lawyer.com]
**Sent:** Monday, October 22, 2007 11:05 AM
**To:** David A. Churchill, Esq.; Kevin C. Dwyer, Esq.
**Cc:** Ashman, Joseph (CIV)
**Subject:** Precision Images, LLC v. United States and GE Inspection Technologies, LP, Fed. Cl. No. 07-712C, Judge Margaret M.

In accordance with Paragraph 4 of the Protective Order I am enclosing Proposed Redacted Copies of Plaintiff's Statement of Facts and of Plaintiff's Brief in Support.

If there are additional redactions to be made, please let me know of them. In the absence of additional redactions I will be filing these agreed-upon redacted copies on the public side of the Court's computer system on Wednesday, October 24th.

Cy Phillips

This electronic message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged or confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, please be aware that any dissemination, distribution, or copying of this message is strictly prohibited. If you have received this electronic message in error, please notify me immediately by telephone (1.202.466.7008), or by electronic mail (info@procurement-lawyer.com).

Although this message and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and I accept no responsibility for any loss or damage arising in any way from the use of this message and any attachments.

Thanks.