# In the United States Court of Federal Claims

No. 07-712 C
(Filed: December 19, 2007)

| | |
|---|---|
| PRECISION IMAGES, LLC, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| GE INSPECTION TECHNOLOGIES, LP, | * |
| Defendant-Intervenor. | * |

**ORDER**

In its Opinion and Order dated November 15, 2007, the court directed the parties to submit their proposed redactions. After the parties disagreed over the extent to which material should be redacted, the court, in an order dated November 28, 2007, directed the parties to submit explanations as to why the information at issue should or should not be redacted. Pursuant to the November 28 order, defendant filed a Justification for Its Proposed Redactions to the Opinion & Order on December 5, 2007, and plaintiff filed its response on December 10, 2007.

After careful consideration of the parties' positions, the court believes that it is prudent to remain cautious with respect to the type of information that is released to the general public. Therefore, the court agrees to defendant's proposed redactions and shall reissue its November 15 Opinion and Order accordingly. The court emphasizes that the amount of redacted material contained in the public version of its November 15 Opinion and Order does not impact the current appeal before the United States Court of Appeals for the Federal Circuit, which has before it the full record in this case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge