Federal Claims G

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED
SEP 2 2008
U.S. COURT OF FEDERAL CLAIMS

2008-5012

PRECISION IMAGES, LLC,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## Judgment

ON APPEAL from the UNITED STATES COURT OF FEDERAL CLAIMS

in CASE NO(S). 07-CV-712

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and BRYSON, Circuit Judge).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED JUL 11 2008

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Kelly Warnick Date: 9/2/08

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JUL 11 2008
JAN HORBALY CLERK

ISSUED AS A MANDATE: SEP - 2 2008

RECEIVED
JUL 17 2008
United States Court of Appeals For The Federal Circuit

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JUL 17 2008
JAN HORBALY CLERK

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment)

Docket No(s): 2008-5012 Caption: Precision Images, LLC v. The United States

The Clerk is requested to tax the following costs against: Cyrus E. Phillips, IV

| ITEM | Number of Copies | Number of Pages | Actual Cost | Allowable Cost | Total Billed | Total Taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | | | | |
| Table of Designated Materials (original) | xxxxx | xxxxx | 6.00 | 6.00 | | — |
| Table or Compilation of Designated Materials (copying and collating) | xxxxx | xxxxx | 0.08 | 0.08 | | — |
| Brief (original) | xxxxx | 71 | 6.00 | 6.00 | 426.00 | 426.00 |
| Brief (cover and binding) | 16 | xxxxx | 2.00 | 2.00 | 32.00 | 32.00 |
| Brief (copying and collating) | 16 | 71 | 0.08 | 0.08 | 90.88 | 90.88 |
| Appendix (original - table of contents) | xxxxx | N/A | 6.00 | 6.00 | | — |
| Appendix (covers and binding) | N/A | xxxxx | N/A | 2.00 | | — |
| Appendix (copying and collating) | 16 | xxxxx | 0.08 | 0.08 | | — |
| Reply Brief (original) | xxxxx | N/A | 6.00 | 6.00 | | — |
| Reply Brief (covers and binding) | N/A | xxxxx | | 2.00 | | — |
| Reply Brief (copying and collating) | N/A | N/A | 0.08 | 0.08 | | — |
| Other (describe):2 Letter Briefs w/attachments | N/A | N/A | 0.08 | 0.08 | | |
| GRAND TOTALS | | | | | $548.88 | 548.88 |

9/2/08
KW

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Kelly [signature] Date: 9/2/08

City/County of Washington, District of Columbia

I, Joseph Ashman, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: [signature] Date: 7/17/08 Attorney for: The United States, Appellee

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 17th day of July 2008, I caused to be placed in the United States mail (first-class, postage pre-paid) copies of "BILL OF COSTS" addressed as follows:

Cyrus E. Phillips, IV
1828 L Street, NW
Suite 660
Washington, DC 20036-5112